MICHELE BECKWITH
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMANTHA S. BARBEE,<br><br>Defendant. | Case No. 1:24-po-00116-SAB<br><br>[Citation # F5444136 CA/42]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Michelle Beckwith, Acting United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to dismiss Case No. 1:24-po-00116-SAB [Citation # F5444136 CA/42] against SAMANTHA S. BARBEE, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The parties have entered into a Deferred Prosecution Agreement.

DATED: February 11, 2025                   Respectfully submitted,

                                                       MICHELE BECKWITH
                                                       Acting United States Attorney

                                      By:   /s/ *Jeffrey A. Spivak*
                                                     JEFFREY A. SPIVAK
                                                     Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:24-po-00116-SAB [Citation # F5444136 CA/42] against SAMANTHA S. BARBEE be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:    **February 12, 2025**

STANLEY A. BOONE
United States Magistrate Judge